UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DIPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Richard D. Trenk (RT 6874)
Adam D. Wolper (AW 6169)
*Proposed Counsel for Debtors-in-Possession*

FILED
JAMES J. WALDRON, CLERK
JUL 3 1 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| In re: | Chapter 11 |
| FULTON-HARRISON, L.L.C., | Case No. 09-29666 |
| Debtor. | Honorable |
| In re: | Chapter 11 |
| 179 SOUTH HARRISON, L.L.C., | Case No. 09-29667 |
| Debtor. | Honorable |
| In re: | Chapter 11 |
| CYPRESS HOUSE, L.L.C. | Case No. 09-29668 |
| Debtor. | Honorable |
| In re: | Chapter 11 |
| 158 SOUTH HARRISON ASSOCIATES, L.L.C., | Case No. 09-29669 |
| Debtor. | Honorable |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED
CHAPTER 11 CASES PURSUANT TO FED.R.BANKR.P. 1015(b)**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

7/31/09

(Page 3)

| | |
|---|---|
| Debtor: | Fulton-Harrison, L.L.C., et al. |
| Case No.: | 09-29666 |
| Caption of Order: | Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) |

---

4. An original docket entry shall be made on the dockets of each of the above-captioned bankruptcy cases substantially as follows:

> An Order has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in Case Number 09-29666 should be consulted for all matters affecting this case. The following Chapter 11 cases are jointly administered for procedural purposes only pursuant to the joint administration order:
>
> In re Fulton-Harrison, L.L.C.;
>
> In re 179 South Harrison, L.L.C.
>
> In re 158 South Harrison Associates, L.L.C.
>
> In re Cypress House, L.L.C.

3